IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| James Pittman, _____/ | NO. C 08-05375 JW |
| | NO. C 08-05810 PVT |
| Haig Ashikian, | NO. C 09-00121 RMW |
| _____/ | NO. C 09-00122 JF |
| | NO. C 09-00187 JF |
| Peter Keller, | NO. C 09-00275 RS |
| _____/ | NO. C 09-00330 JSW |
| William Gillis, _____/ | **ORDER RELATING CASES; DIRECTING PARTICIPATION IN SCHEDULED BRIEFING** |
| Aaron Walters, _____/ | |
| Eulardi Tanseco, _____/ | |
| Jacob Medway, | |
|        Plaintiffs,<br>v. | |
| Apple, Inc., | |
|        Defendant. _____/ | |

Presently before the Court is a Motion for Administrative Relief to consider whether the following cases should be related: Pittman v. Apple, Inc., Case No. C 08-05375 JW; Tanesco v. Apple, Inc., Case No. C 09-00275 RS; and Medway v. Apple, Inc., Case No. 09-00330 JSW. (See Docket Item No. 18.)

1   Civil Local Rule 3-12(a) provides that an action is related to another when:

2   (1) The actions concern substantially the same parties, property, transaction or event; and

3   (2) It appears that there will be an unduly burdensome duplication of labor and expense
4   or conflicting results if the cases are conducted before different judges.

5   Upon review, the Court finds that the above cases are related within the meaning of Rule 3-
6   12(a). Accordingly, the Court orders the Clerk of Court to relate the above cases to C 08-05375 JW.
7   In light of this finding, the Court VACATES pending calendar dates in the <u>Tanseco</u> and <u>Medway</u>
8   cases. All filings shall continue to be filed in each separate action until consolidation or further
9   order of the Court.

10   On March 9, 2009, the parties in the five previously related cases were scheduled to appear
11   for a Case Management Conference. On March 5, however, the Court vacated the Case
12   Management Conference and instructed the parties that the issues of consolidation and appointment
13   of interim class-counsel are appropriately addressed by making a formal motion to the Court so that
14   the Court may evaluate the best "leadership structure" for the class. The Court directed the parties
15   as follows:

16   Accordingly, the parties shall appear on **April 13, 2009 at 9:00 a.m.** for a hearing on the parties' anticipated Motion for Consolidation and Appointment of
17   Interim Class-Counsel. Any party may file a motion for appointment of Interim Class-Counsel. The parties shall file any such motion on or before **March 20,**
18   **2009**. Any opposition shall be filed on or before **March 30, 2009**. Any replies shall be filed on or before **April 2, 2009.**

19
   In light of this determination, the Court finds that a Case Management
20   Conference is premature at this time. Accordingly, the Court continues the Case Management Conference to **April 13, 2009 at 10 a.m.** On or before **April 3,**
21   **2009**, the parties shall file a Joint Case Management Statement. The Statement shall include, among other things, the parties' good faith discovery plan with a
22   proposed date for the close of both class and merit discovery.

23   (Docket Item No. 25 at 2.) Accordingly, counsel in the <u>Medway</u> and <u>Tanseco</u> cases shall participate
24   in the above scheduled briefing on the issues of consolidation and appointment of interim class
25   counsel.

26   Dated: March 13, 2009

   /s/ James Ware
27   JAMES WARE
   United States District Judge

28

2

**United States District Court**
For the Northern District of California

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Adam Plant aplant@wdklaw.com
Gina M. Doughterty gdougherty@emersonpoynter.com
Joe R. Whatley jwhatley@wdklaw.com
John Allen Lowther john@doylelowther.com
John G. Emerson jemerson@emersonpoynter.com
Ryan J. Caststeel rjcaststeel@emersonpoynter.com
Scott E. Poynter scott@emersonfirm.com
William James Doyle bill@doylelowther.com

**Dated:  March 13, 2009**                              **Richard W. Wieking, Clerk**


                                                        **By:    /s/ JW Chambers            **
                                                               **Elizabeth Garcia**
                                                               **Courtroom Deputy**